| State Of Maine | UNIFIED CRIMINAL DOCKET | JUDGMENT AND COMMITMENT |
|---|---|---|
| Docket No. ANDCD-CR-2020-02061 | County/Location ANDROSCOGGIN | ☒ Male ☐ Female   Date: 1·10·22   DOB: ▮▮1965 |
| State of Maine v. ROBERT ROSS | | Residence: ▮▮▮▮ SACO ME |

Offense(s) charged: **Dismissed**
UNLAWFUL SEXUAL TOUCHING    Charge: 1
Class: D    DOV: 06/01/2020    Seq #: 9308   Title: 17-A / 260 / 1 / A
ASSAULT    Charge: 2
Class: D    DOV: 06/15/2020    Seq #: 8382   Title: 17-A / 207 / 1 / A

Charged by:
☐ indictment
☒ information
☐ complaint

Plea(s): ☒ Guilty  ☐ Nolo  ☐ Not Guilty _____   Date of Violation(s): _____

Offense(s) convicted:
☐ UNLAWFUL SEXUAL TOUCHING **Dismissed**    Charge: 1
Class: D   DOV: 06/01/2020   Seq #: 9308   Title: 17-A / 260 / 1 / A
☒ ASSAULT    Charge: 2
Class: D   DOV: 06/15/2020   Seq #: 8382   Title: 17-A / 207 / 1 / A

Convicted on:
☒ plea
☐ jury verdict
☐ court finding

It is adjudged that the defendant is guilty of the offenses as shown above and convicted.

☐ It is adjudged that the defendant be hereby committed to the sheriff of the within named county or his authorized representative who shall without needless delay remove the defendant to:
  ☐ The custody of the Commissioner of the Department of Corrections, at a facility designated by the Commissioner, to be punished by imprisonment for a term of _____
  ☐ A County jail to be punished by imprisonment for a term of _____
  ☐ This sentence to be served (consecutively to)(concurrently with) _____
  ☐ Execution stayed to on or before: _____ at _____ (a.m.)(p.m.)

**Notice to Defendant:** Your sentence does not include any assurance about the location of the facility where you will be housed during your commitment.

☐ It is ordered that all (but) _____ of the sentence (as it relates to confinement)(as it relates to the _____) be suspended and the defendant be placed on a period of
  ☐ probation    ☐ supervised release    ☐ administrative release
  for a term of _____ (years)(months) upon conditions attached hereto and incorporated by reference herein.
☐ said probation or supervised release to commence ( _____ ) (upon completion of the unsuspended term of imprisonment).
☐ said administrative release to commence immediately.
☐ The defendant shall serve the initial portion of the foregoing sentence at a County jail.

☒ It is ordered that the defendant forfeit and pay the sum of $ 300.00 as a fine to the clerk of the court, plus applicable surcharges and assessments.
☐ All but $ _____ suspended. The total amount due, including surcharges and assessments is $ 395.00    *paid today
This amount is payable immediately or in accordance with the Order on Payment of Fines incorporated by reference herein.

**GOVERNMENT EXHIBIT A**

Page 1 of 3

SS Number Disclosure Required on separate form.
ANDCD-CR-2020-02061

#9.469

☐ It is ordered that the defendant forfeit and pay the sum of $_____ as restitution for the benefit of _____.(17-A M.R.S. § 1152-2-A).

  ☐ Restitution is joint and several pursuant to 17-A M.R.S. § 1326-E.
  ☐ Restitution is to be paid through the Office of the prosecuting attorney, except that during any period of commitment to the Department of Corrections and/or any period of probation imposed by this sentence, restitution is to be paid to the Department of Corrections.
  ☐ A separate order for income withholding has been entered pursuant to 17-A M.R.S. § 1326-B incorporated by reference herein.
  ☐ Execution/payment stayed to pay in full by _____
  ☐ Installment payments of _____ to be made (weekly) (biweekly) (monthly) or warrant to issue
  ☐ Restitution is to be paid to the Department of Corrections on a schedule to be determined by the Department.

☐ It is ordered pursuant to applicable statutes, that the defendant's motor vehicle operator's license or permit to operate, right to operate a motor vehicle and right to apply for and obtain a license and/or the defendant's right to register a motor vehicle is suspended in accordance with notice of suspension incorporated herein.

☐ It is ordered that the defendant perform _____ hours of court-approved community service work within _____ (weeks) (months) for the benefit of _____.

☐ It is ordered that the defendant pay $_____ for each day served in the county jail, to the treasurer of the above named county. (up to $80/Day) (17-A M.R.S. § 1341)

  ☐ Execution/payment stayed to pay in full by _____ or warrant to issue.

☐ It is ordered that the defendant shall participate in alcohol and other drug education, evaluation and treatment programs for multiple offenders administered by the office of substance abuse. (29 M.R.S. § 1312-B (2)(D-1), 29-A M.R.S. § 2411 (5)(F))

☐ It is ordered that the defendant forfeit to the state the firearm used by the defendant during the commission of the offense(s) shown above. (17-A M.R.S. § 1158)

☐ It is ordered that the defendant is prohibited from owning, possessing or having under the defendant's control a firearm. (15 M.R.S. § 393)

☐ Other:_____

☐ It is ordered that the defendant be unconditionally discharged. (17-A M.R.S. § 1201)

If the defendant has been convicted of an applicable offense listed in 25 M.R.S. § 1574, then the defendant shall submit to having a DNA sample drawn at any time following the commencement of any term of imprisonment or at any time following commencement of the probation period as directed by the probation officer.

**WARNING: IT IS A VIOLATION OF STATE LAW, AND MAY BE A VIOLATION OF FEDERAL LAW, FOR THE DEFENDANT TO OWN, POSSESS OR HAVE UNDER THEIR CONTROL A FIREARM IF THAT PROHIBITION HAS BEEN ENTERED AS PART OF THIS JUDGMENT OR ANY OTHER COURT ORDER.**

It is further ordered that the clerk deliver a certified copy of this judgment and commitment to the sheriff of the above named county or his authorized representative and that the copy serve as the commitment of the defendant. Reasons for imposing consecutive sentences are contained in the court record or in attachments hereto.

All pending motions, other than motions relating to payment of fees and bail are hereby declared moot (except _____.)

A TRUE COPY, ATTEST: _____        _____
                           Clerk                                Judge / Justice

CR-121, Rev.10/15                Page 2 of 3              SS Number Disclosure Required on separate form.
                                                          ANDCD-CR-2020-02061

**#9.470**

I understand the sentence imposed herein and acknowledge receipt of a copy of this JUDGMENT AND COMMITMENT. I hereby acknowledge that the disclosure of my Social Security number on the Social Security Disclosure Form is mandatory under 36 M.R.S. § 5276-A. My Social Security number will be used to facilitate the collection of any fine that has been imposed upon me in this action if that fine remains unpaid as of the time I am due a State of Maine income tax refund. My Social Security number also may be used to facilitate the collection of money I may owe the State of Maine as a result of having had an attorney appointed to represent me. Collection of any fine or reimbursement of money, which I owe to the State of Maine, will be accomplished by offsetting money I owe to the State against my State of Maine income tax refund.

SS Number Disclosure Required on separate form.

Date: _____   Defendant _____
                                 Address _____ SACO ME 04072

CR-121, Rev.10/15          Page 3 of 3          SS Number Disclosure Required on separate form.
ANDCD-CR-2020-02061

#9.471