AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maine

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>*Plaintiff(s)*<br><br>v.<br><br>METHUSELAH TREE, LLC,<br>ROBERT ROSS, RLR ENTERPRISES,<br>BRIAN BENNETT, AND HENRY IRVIN<br>INVESTMENTS, LLC<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 2:24-cv-00204-JAW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BRIAN BENNETT
291 Goodwins Mills Road
Lyman, ME 04002

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Trevor H. Taniguchi
Assistant U.S. Attorney
U.S. Attorney's Office
100 Middle St., East Tower, 6th Fl.
Portland, ME 04101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 06/04/2024

Christa K. Berry
Clerk, U.S. District Court

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:24-cv-00204-JAW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **BRIAN BENNETT**
was received by me on *(date)* **07-08-2024**.

☒ I personally served the summons on the individual at *(place)* **4 SCAMMON ST, SACO, ME**
on *(date)* **07-08-2024**; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: **07-08-2024**

*Server's signature:* **B. Paul** (signed)

Printed name and title: **BRADLEY PAUL**

Server's address: **YCSO, 1 LAYMAN WAY, ALFRED, ME 04002**

Additional information regarding attempted service, etc: