I Brian Bennett strongly Deny all Allegation made By ms Debbienza They are False and made up

*(signature)*
7/23/2024

JUL 26 PM 12:28
RECV'D PORTLAND USAO