# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>METHUSELAH TREE LLC, et al.<br><br>Defendant. | No. 2:24-cv-00204-JAW |

## REQUEST FOR CLERK TO ENTER DEFAULT
## AGAINST DEFENDANTS HENRY IRVING INVESTMENTS LLC,
## ROBERT ROSS, AND RLR ENTERPRISES

**TO:** Clerk, United States District Court
District of Maine

Please enter default against Defendants Henry Irving Investments LLC, Robert Ross, and RLR Enterprises for failure to plead or otherwise defend, as provided by Rule 55(a) of the Federal Rules of Civil Procedure and as set forth in the Declaration of Trevor H. Taniguchi.

Dated: August 29, 2024

Respectfully Submitted,

DARCIE N. MCELWEE
United States Attorney

By: */s/ Trevor H. Taniguchi*
Trevor H. Taniguchi
Assistant United States Attorney
U.S. Attorney's Office
100 Middle Street
Portland, ME 04101
(207) 780-3257
Trevor.Taniguchi@usdoj.gov

# CERTIFICATE OF SERVICE

       I hereby certify that on August 30, 2024, I caused the foregoing Request for Clerk to Enter Default and accompanying Declaration of Trevor H. Taniguchi to be electronically filed with the Clerk of Court using the CM/ECF system.

       I further certify that on this day I have caused a copy of the instant filings to be sent via U.S. Mail to the following:

Henry Irving Investments, LLC
75 Bean Street
Hollis, ME 04042

Brian Bennett
291 Goodwins Mills Road
Lyman, ME 04002

Robert Ross
42 Green Street
Saco, ME 04072

RLR Enterprises
42 Green Street
Saco, ME 04072

DARCIE N. MCELWEE
United States Attorney

By: */s/ Trevor H. Taniguchi*
Trevor H. Taniguchi
Assistant United States Attorney
U.S. Attorney's Office
100 Middle Street
Portland, ME 04101
(207) 780-3257
Trevor.Taniguchi@usdoj.gov