UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | 2:24-cv-00204-JAW |
| | ) | |
| METHUSELAH TREE LLC, et al., | ) | |
| | ) | |
| Defendants | ) | |

# AMENDED SCHEDULING ORDER

The Court grants the relief requested in the Joint Objection to Scheduling Order (ECF No. 16), and amends the Scheduling Order as follows:

<u>Deadline for Initial Disclosure Pursuant to Fed.R.Civ.P.26(a)(1)</u>: November 12, 2024.

<u>Deadline for Amendment of the Pleadings and Joinder of Parties</u>: December 10, 2024.

<u>Plaintiff shall designate experts required to be disclosed by Fed.R.Civ.P. 26(a)(2)(A) (including treating physicians and other non-retained or specially employed experts) and, with respect to each of them, provide a complete statement of all opinions to be expressed and the basis and reasons therefor by</u>: January 10, 2025.

<u>Defendants shall designate experts required to be disclosed by Fed.R.Civ.P. 26(a)(2)(A) (including treating physicians and other non-retained or specially employed experts) and, with respect to each of them, provide a complete statement of all opinions to be expressed and the basis and reasons therefor by</u>: February 28, 2025.

If the expert is retained or specially employed to provide expert testimony in the case or the expert's duties as an employee of a party regularly involve giving expert testimony, the disclosure shall also include the other categories of information specified in Fed.R.Civ.P. 26(a)(2)(B). All required information may, but need not, be provided in the form of a written report prepared and signed by the expert.

Deadline to Complete Discovery: April 15, 2025.

Counsel are advised that absent some excusable circumstance, discovery initiatives must be undertaken so that the response of the opposing party is filed prior to the discovery deadline.

Deadline to file Notice of Intent to file Motion for Summary Judgment and Need for a Pre-Filing Conference Pursuant to Local Rule 56(h): April 22, 2025.

Deadline for Filing of All Dispositive Motions and All *Daubert* and *Kumho* Motions[1] Challenging Expert Witnesses with Supporting Memoranda: May 13, 2025.

Expected Trial Date: This case shall be ready for trial by June 2, 2025.

Further Matters in Aid of Disposition: Plaintiff shall make a written settlement demand upon Defendants by January 6, 2025. Defendants shall respond to the settlement demand by January 21, 2025.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated: September 4, 2024

---

[1] *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993); *Kumho Tire Co. v. Carmichael*, 526 U.S. 137 (1999). Such motions shall include any challenges to lack of qualifications, scope of testimony and any other issues addressed by these decisions.