UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>and<br><br>DESEREA DEBRIENZA,<br><br>　　Plaintiff/Intervenor<br><br>v.<br><br>METHUSELAH TREE, LLC,<br>ROBERT ROSS, RLR ENTERPRISES,<br>BRIAN BENNETT, AND HENRY IRVIN<br>INVESTMENTS, LLC,<br><br>　　Defendants. | No. 2:24-cv-204-JAW |

**JOINT MOTION FOR CONSENT ORDER**

    Plaintiff the United States of America and Defendant Methuselah Tree, LLC, (collectively, "Movants") through undersigned counsel, jointly move for entry of the proposed Consent Order in the above-captioned action, a copy of which will further be provided to the Clerk's Office in electronic format contemporaneously herewith.

    The Movants seek to resolve fully all claims brought by Plaintiff the United States of America according to entry by the Court of the Proposed Consent Order.

    As set forth in Paragraph 16 of the Proposed Consent Order, Plaintiff/Intervenor Deserea Debrienza will separately execute a release with Defendant Methuselah Tree, LLC.

The Proposed Consent Order does not resolve any of the United States' claims against Defendant Robert Ross, Defendant RLR Enterprises, Defendant Brian Bennett, or Defendant Henry Irvin Investments, LLC.

WHEREFORE, the Movants request that this Honorable Court grant their motion and enter the Proposed Consent Order.

Dated:    2/6/2025

Respectfully submitted,

DARCIE N. MCELWEE
U.S. Attorney for the District of Maine

*/s/ Trevor H. Taniguchi*
TREVOR H. TANIGUCHI
Counsel for the United States of America
Assistant U.S. Attorney
100 Middle Street
East Tower, 6th Floor
Portland, Maine 04101
(207) 780-3257
Trevor.Taniguchi@usdoj.gov
*On behalf of the United States*

FOR DEFENDANT METHUSELAH TREE LLC:

*/s/ Mark V. Franco*
Mark V. Franco
Drummond Woodsum
84 Marginal Way, Suite 600
Portland, ME 04101-2480
(800) 727-1941
MFranco@dwmlaw.com